# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE FULCINITI, :
        Plaintiff, :
         :
   v. : Civil No. 5:23-cv-01349-JMG
         :
STATE FARM FIRE AND CASUALTY :
COMPANY, :
        Defendant. :

## ORDER

**AND NOW**, this 26th day of July, 2023, upon consideration of Defendant's Motion to Dismiss (ECF. No. 3) and Plaintiff's Response (ECF No. 5), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 3) is **GRANTED in part and DENIED in part**:

a. Defendant's Motion to Dismiss Count II (Continuing Breach of Contract) and Count V (Violation of UTPCPL) is **DENIED.**

b. Defendant's Motion to Dismiss Count VI (Unconscionable Conduct) is **GRANTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge